UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD SHERMAN, BRENDA GREEN, FELICIA DEBRO, and JESSIE MILES,<br><br>    Plaintiffs,<br> v.<br><br>ACE CASH EXPRESS, INC.<br><br>    Defendant. | Case No. 4:17-cv-2357 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE SIM LAKE:

  The parties have reached an agreement in principle to settle all pending claims in this action. The parties are working diligently to draft a final settlement agreement, and respectfully request the Court defer its ruling on matters with deadlines pending under the Scheduling Order.

                Respectfully submitted,

                **HUGHES ELLZEY, LLP**

                */s/ W. Craft Hughes*
                W. Craft Hughes
                Jarrett L. Ellzey
                Deola T. Ali
                2700 Post Oak Blvd., Ste. 1120
                Houston, TX 77056
                Phone: (713) 554-2377
                Fax: (888) 995-3335
                E-Mail: craft@hughesellzey.com
                     jarrett@hughesellzey.com
                     deola@hughesellzey.com

**OF COUNSEL:**

Bryant Fitts
**FITTS LAW FIRM, PLLC**
2700 Post Oak Blvd., Suite 1120
Houston, TX 77056
Phone: (713) 871-1670
Fax: (713) 583-1492
E-Mail: bfitts@fittslawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2017, the foregoing document was filed with the CM/ECF system, which automatically served a copy of the same upon all parties.

                                                    */s/ W. Craft Hughes*
                                                     W. Craft Hughes