United States District Court
Southern District of Texas

**ENTERED**

April 03, 2018

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Donald Sherman, et al, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. H-17-2357** |
| | § | |
| Ace Cash Express, Inc., | § | |
| Defendant. | § | |

## O R D E R

In accordance with the Notice of Dismissal filed on April 2, 2017 (docket entry no. 19),

this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 3rd day of April, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE